1

2

3

4

5

6

7

8            **IN THE UNITED STATES DISTRICT COURT**

9            **FOR THE EASTERN DISTRICT OF CALIFORNIA**

10

11    STEVEN EUGENE THURMAN,                    No.  2:22-CV-0508-DMC-P

12                  Plaintiff,

13           v.                                  ORDER

14    J. MARGUINA, et al.,

15                  Defendants.

16

17           Plaintiff, a prisoner proceeding pro se, brings this civil rights action pursuant to

18    42 U.S.C. § 1983.  Pending before the Court is Plaintiff's motion to proceed in forma pauperis.

19    See ECF No. 6. Plaintiff has submitted a declaration that makes the showing required by 28

20    U.S.C. § 1915(a).  Plaintiff's request to proceed in forma pauperis is, therefore, granted.

21           The sufficiency of Plaintiff's complaint and service thereof will be addressed

22    separately.

23           IT IS SO ORDERED.

24    Dated:  April 20, 2022

25                                              _____
                                                DENNIS M. COTA
26                                              UNITED STATES MAGISTRATE JUDGE

27

28

                                                1