IN THE UNITED STATES DISTRICT COURT

FOR THE EASTERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| **STEVEN EUGENE THURMAN,** | Case No. 2:22-cv-00508 DMC |
| Plaintiff, | **ORDER** |
| v. | |
| **J. MARGUINA, et al.,** | |
| Defendants. | |

Good cause appearing, Defendant Marquina's and Endicott's motion for a sixty-day extension of time to file a motion for summary judgment is **GRANTED** to the extent the dispositive motion filing deadline is **VACATED**, to be reset upon resolution of Defendants' motion to compel.  The Clerk of the Cour is directed to terminate ECF No. 41, as a pending motion.

IT IS SO ORDERED.

Dated:  April 21, 2024

_____
DENNIS M. COTA
UNITED STATES MAGISTRATE JUDGE

1