IN THE UNITED STATES DISTRICT COURT

FOR THE EASTERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| STEVEN EUGENE THURMAN,<br><br>Plaintiff,<br><br>v.<br><br>J. MARGUINA, et al.,<br><br>Defendants. | No.  2:22-CV-0508-DMC-P<br><br><br><br>ORDER |

Plaintiff, a prisoner proceeding pro se, brings this civil rights action pursuant to 42 U.S.C. § 1983.  Pending before the Court is Defendants' motion for a 90-day extension of time to file dispositive motions.  See ECF No. 45.  Good cause appearing therefor based on newly assigned counsel's declaration indicating the need for additional time to review the file following recent assignment of the case, Defendants' motion will be granted.

/ / /

/ / /

/ / /

/ / /

/ / /

/ / /

/ / /

1

Accordingly, IT IS HEREBY ORDERED as follows:

1. Defendants' motion for an extension of time to file dispositive motions, ECF No. 45, is granted nunc pro tunc to September 16, 2024.

2. Dispositive motions are due on or before December 16, 2024.

Dated: September 18, 2024

_____
DENNIS M. COTA
UNITED STATES MAGISTRATE JUDGE