IN THE UNITED STATES DISTRICT COURT

FOR THE EASTERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| STEVEN EUGENE THURMAN,<br><br>Plaintiff,<br><br>v.<br><br>J. MARGUINA, et al.,<br><br>Defendants. | No. 2:22-cv-00508-DAD-DMC (PC)<br><br>ORDER ADOPTING IN FULL FINDINGS AND RECOMMENDATIONS, GRANTING DEFENDANTS' MOTION FOR TERMINATING SANCTIONS, DISMISSING CASE AND DENYING OTHER PENDING MOTIONS AS MOOT<br><br>(Doc. Nos. 47, 50, 51, 54) |

Plaintiff Steven Thurman is a state prisoner proceeding *pro se* and *in forma pauperis* in this civil rights action brought pursuant to 42 U.S.C. § 1983. The matter was referred to a United States Magistrate Judge pursuant to 28 U.S.C. § 636(b)(1)(B) and Local Rule 302.

On March 21, 2025, the assigned magistrate judge issued findings and recommendations recommending that defendants' motion for terminating sanctions (Doc. No. 47) be granted, that all other pending motions in this action be denied as moot, and that this case be dismissed without prejudice. (Doc. No. 54.) Specifically, the magistrate judge concluded that plaintiff had failed to comply with the discovery order issued on June 17, 2024, which required plaintiff to serve written responses to defendants' interrogatories and requests for production of documents within thirty days of the date of that order. (*Id.* at 2.) The magistrate judge also noted that after defendant filed its motion for imposition of terminating sanctions due to plaintiff's failure to comply with

1

1  the discovery order, plaintiff still had not filed anything with the court indicating that he had
2  complied with the discovery order. (*Id.*)

3      The pending findings and recommendations were served on the parties and contained
4  notice that any objections thereto were to be filed within fourteen (14) days after service. (*Id.* at
5  3.) To date, no objections to the findings and recommendations have been filed, and the time in
6  which to do so has now passed.[1]

7      In accordance with the provisions of 28 U.S.C. § 636(b)(1)(C), this court has conducted a
8  *de novo* review of the case. Having carefully reviewed the entire file, the court concludes that the
9  findings and recommendations are supported by the record and by proper analysis.

10     Accordingly:

11 1.     The findings and recommendations filed March 21, 2025, (Doc. No. 54), are
12     ADOPTED IN FULL;
13 2.     Defendants' motion for imposition of terminating sanctions, (Doc. No. 47), is
14     GRANTED and this case is DISMISSED without prejudice.
15 3.     Plaintiff's pending motions, (Doc. Nos. 50, 51), are DENIED as having been
16     rendered moot by this order; and
17 4.     The Clerk of the Court is directed to CLOSE this case.

18 IT IS SO ORDERED.

19 Dated: **August 14, 2025**

20 DALE A. DROZD
UNITED STATES DISTRICT JUDGE

---

[1] The court does note that after defendants moved for terminating sanction but before the issuance of the pending findings and recommendations plaintiff did file a notice of depositions answers and a motion for appointment of counsel with the court. (See Doc. Nos. 50, 51.) In those submissions plaintiff indicated that he had answered defense counsel's questions at his deposition and that he was requesting the assistance of counsel. Nonetheless, plaintiff's response in this regard was insufficient. The subject of the magistrate judge's June 17, 2024 discovery order was not plaintiff's deposition. Instead, that order directed plaintiff to file a written response to defendants' interrogatories and requests for admissions. Plaintiff did not comply with that order and made no showing that the appointment of counsel on his behalf was necessary before he could do so.

2

1
2
3
4
5
6
7
8
9
10
11
12
13
14
15
16
17
18
19
20
21
22
23
24
25
26
27
28